# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ANDREA BRICHANT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:12-cv-0285** |
| | ) | **Judge Aleta A. Trauger** |
| **v.** | ) | |
| | ) | |
| **WELLS FARGO BANK, N.A. and MORTGAGE** | ) | |
| **ELECTRONIC REGISTRATION SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion for

Summary Judgment (Docket No. 59) is **GRANTED**.  The plaintiff's claims are hereby

**DISMISSED**.  Entry of this Order shall constitute judgment in the case.

It is so **ORDERED**.

Enter this 24th day of February 2014.

_____
ALETA A. TRAUGER
United States District Judge

1